# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__

McALLEN DIVISION

UNITED STATES OF AMERICA

V.　　　　　　　　　　　　　　　　　　　　　　　CRIMINAL COMPLAINT

Jose Juan CASANOVA-Sanchez　　　　　　　　　Case Number: 7:16-po- 0320

YOB: 1971
POB: Mexico
*Name and Address of Defendant*

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __July 25, 2012__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendant(s) did,
*(Track Statutory Language of Offense)*
being then and there an alien did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers:

in violation of Title __8__ United States Code, Section(s) __1325 (a) (1)__

I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following facts:

**On May 9, 2016, Jose Juan CASANOVA-Sanchez was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and he was remanded to the custody of Immigration and Customs Enforcement on May 20, 2016. When questioned as to his citizenship, defendant stated that he is a citizen and national of Mexico who illegally entered the United States on or about July 25, 2012 by wading the Rio Grande River at or near Hidalgo, Texas.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:　　☐ Yes　　☒ No

　　　　　　　　　　　　　　　　　　　　　　　　/s/　　**George Garcia**
Sworn to before me and subscribed in my presence,　　Printed Name of Complainant

**May 21, 2016**　　　　　　　　　　　　at　　**McAllen, Texas**
Date　　　　　　　　　　　　　　　　　　　　City and State

**Peter E. Ormsby , U.S. Magistrate Judge**
Name and Title of Judicial Officer　　　　　　　　Signature of Judicial Officer